1  **MICHELLE BETANCOURT**
California State Bar No. 215035
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4  Facsimile: (619) 687-2666
michelle_betancourt@fd.org

6  Attorneys for Mr. Ruiz-Gomez

8                    UNITED STATES DISTRICT COURT

9                FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,   )   Case No. 08mj0798
   |                             )
12 |         Plaintiff,           )
   |                             )
13 | v.                           )
   |                             )   **NOTICE OF APPEARANCE**
14 | **OCTAVIO RUIZ-GOMEZ,**      )
   |                             )
15 |         Defendant.           )
   |_____)

        Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record in the above-captioned case.

                                    Respectfully submitted,

Dated: March 19, 2008                s/ *Michelle Betancourt*
                                    **MICHELLE BETANCOURT**
                                    Federal Defenders of San Diego, Inc.
                                    Attorneys for Defendant
                                    michelle_betancourt@fd.org