1  **MICHELLE BETANCOURT**
California State Bar No. 215035
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4  Facsimile:   (619) 687-2666
michelle_betancourt@fd.org

6  Attorneys for Mr. Ruiz-Gomez

8              UNITED STATES DISTRICT COURT
9              SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 08mj0798-01 |
| 12         Plaintiff, | ) | |
| 13 v. | ) | PROOF OF SERVICE |
| 14 **OCTAVIO RUIZ-GOMEZ**, | ) | |
| 15         Defendant. | ) | |

17  Counsel for Defendant certifies that the foregoing pleading is true and accurate to the
18 best of her information and belief, and that a copy of the foregoing document has been served via
19 CM/ECF this day upon:

20  Assistant United States Attorney
efile.dkt.gc1@usdoj.gov

22 Dated: March 19, 2008                                 *s/ Michelle Betancourt*
                                                        MICHELLE BETANCOURT
23                                                      Federal Defenders of San Diego, Inc.,
                                                        225 Broadway, Suite 900
24                                                      San Diego, CA 92101-5030
                                                        (619) 234-8467 (tel)
25                                                      (619) 687-2666 (fax)
                                                        e-mail: michelle_betancourt@fd.org