## DECLARACIÓN PRESTADA POR EL ACUSADO CON RELACIÓN A LOS EXTRANJEROS INDOCUMENTADOS

A usted se le ha arrestado por el delito de tráfico ilegal de indocumentados. Aproximadamente __12__ indocumentados fueron arrestados o detenidos con usted. Estos indocumentados pudieran tener información acerca de los acontecimientos que llevaron al arresto de Ud. y/o de su participación en el tráfico ilegal de indocumentados. Si la información que tienen le es favorable a usted podrían testificar a su favor durante su juicio. Si la información que tienen no es favorable a usted entonces podrían prestar testimonio en su contra.

El Gobierno de los Estados Unidos tiene la obligación de deportar o expulsar con prontitud a estos extranjeros indocumentados basándose en una determinación tomada de buena fe que estos no poseen pruebas favorables a usted. Una vez que un extranjero indocumentado es deportado o expulsado de los Estados Unidos no se le puede obligar a regresar.

Le estamos ofreciendo a usted, si lo desea, la oportunidad de identificar a uno o varios de los extranjeros indocumentados que usted cree pudiera tener información favorable a usted. Si usted no identifica a alguien ahora los extranjeros indocumentados podrían ser deportados o expulsados de los Estados Unidos y, en ese caso, probablemente ni usted ni su abogado podrán entrevistarlos u obligarlos a regresar a los Estados Unidos a testificar a su favor en su juicio.

¿Entiende usted lo anterior?  Si __only__  No_____

¿Cree que alguno de los extranjeros indocumentados que fueron arrestados o detenidos con usted pueda tener información favorable a usted? Si_____ No __X only__. En ese caso, por favor identifique a esa (o esas personas) dándonos su nombre, descripción, o alguna otra característica que lo o la identifique.

_Octavio Ruiz Gomez_
Firma del Acusado

_[signature]_
Testigo

_[signature]_
Testigo

Fecha: 3/12/08    Hora: 1933

USAO/S.D.Cal/03-31-03