UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08CR 895-W |
| Plaintiff | ) | CRIMINAL NO. 08mj798 |
| | ) | |
| vs. | ) | ORDER |
| Octavio Ruiz-Gomez, | ) | RELEASING MATERIAL WITNESS |
| | ) | |
| Defendant(s) Et Al | ) | Booking No. |

On order of the United States District/Magistrate Judge,    **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted**)/ Case Disposed / Order of Court).

Jose Luis Cruz Quinones

DATED: 4/7/08

Leo S. Papas

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ OR
DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____
  Deputy Clerk