UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 08CR895-W |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| Octavio Ruiz-Gomez, et al | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Braulio Gomez-Villa

DATED: 4/9/08

RUBEN B. BROOKS

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
             DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____
         Deputy Clerk