1  **MICHELLE BETANCOURT**
   California State Bar No. 215035
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: michelle_betancourt@fd.org

5  Attorneys for Octavio Ruiz-Gomez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Case No. 08CR0895-W |
|                              ) | |
|          Plaintiff,          ) | DATE: May 12, 2008 |
|                              ) | TIME: 2:00 p.m. |
| v.                           ) | |
|                              ) | <u>NOTICE OF MOTIONS AND MOTIONS TO:</u> |
| OCTAVIO RUIZ-GOMEZ,          ) | |
|                              ) | |
|          Defendant.          ) | (1)  COMPEL DISCOVERY/PRESERVE |
|                              ) |      EVIDENCE; |
|                              ) | (2)  GRANT LEAVE TO FILE FURTHER |
|                              ) |      <u>MOTIONS.</u> |
|                              ) | |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
    AARON CLARK, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on May 12, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, defendant, Octavio Ruiz-Gomez, by and through his attorneys, Michelle Betancourt and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

//
//
//
//
//
//

**MOTIONS**

Defendant, Octavio Ruiz-Gomez, by and through his attorneys, Michelle Betancourt and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1)  Compel Discovery/preserve Evidence;

(2)  Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: April 28, 2008                              */s/ Michelle Betancourt*
**MICHELLE BETANCOURT**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Ruiz-Gomez
Michelle_Betancourt@fd.org