**MICHELLE BETANCOURT**
California State Bar No. 215035
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone No. (619) 234-8467
Facsimile No. (619) 687-2666
michelle_betancourt@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR0895-W |
| Plaintiff, ) | |
| v. ) | **PROOF OF SERVICE** |
| OCTAVIO RUIZ-GOMEZ, ) | |
| Defendant. ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

    AARON CLARK, Assistant United States Attorney
    aaron.clark@usdoj.gov, efile.dkt.gc1@usdoj.gov

    BERNARD SKOMAL, Counsel for Mr. Acuna-Betancourt
    bgskomal@aol.com

    CAROLYN OLIVER, Counsel for Mr. Ames-Barr
    coliver1@san.rr.com

Dated: April 28, 2008                                  /s/ *Michelle Betancourt*
                                                              MICHELLE BETANCOURT
                                                              Federal Defenders
                                                              225 Broadway, Suite 900
                                                              San Diego, CA 92101-5030
                                                              (619) 234-8467  (tel)
                                                              (619) 687-2666  (fax)
                                                              e-mail: michelle_betancourt@fd.org