UNITED STATE DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(THE HONORABLE ANTHONY J. BATTAGLIA)

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                                 )<br>                          Plaintiff,               )<br>                                                                 )<br>              v.                                            )<br>                                                                 )<br>OCTAVIO RUIZ-GOMEZ et. al.,        )<br>                                                                 )<br>                          Defendant.           )<br>_____) | Magistrate Case No. 08 mj 798<br>Criminal Case No. 08 cr 895 W<br><br>ORDER<br>TO EXONERATE THE APPEARANCE<br>BOND FOR MATERIAL WITNESS<br>MAURICIO SANCHEZ-CONTRERAS |

   IT IS HEREBY ORDERED that the personal surety bond of $10,000.00, which secured the presence of Material Witness MAURICIO SANCHEZ-CONTRERAS be exonerated forthwith and the cash deposit of $1,000.00 be returned to his surety, ANA BERTA AGUILAR at the following address: 17622 Cameron Street, Apt. 7, Huntington Beach, CA  92647.

   IT IS SO ORDERED.

DATED: July 16, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

1